AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
January 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MC_____
DEPUTY

United States of America
v.

JORGE CUELLAR-MARTINEZ

*Defendant(s)*

Case No. **W25-MJ-006**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 14, 2022__ in the county of __Bell__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5)(A) & 924(a)(8) | Possession of a Firearm by an Illegal Alien |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JOHN LORA, SA-Bureau of ATFE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/14/2025

_____
*Judge's signature*

City and state: Waco, Texas

DEREK T. GILLILAND, US Magistrate Judge
*Printed name and title*

W25-MJ-006

## AFFIDAVIT

Your Affiant, John Lora, being duly sworn, deposes and says:

I am employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent (SA) and am assigned to the ATF Waco, Texas Satellite Office (SO). The affiant has been so employed for eleven (11) years. I am a graduate of the Federal Law Enforcement Training Center (FLETC) and the ATF National Academy. As a result of my training and experience as an ATF SA, I am familiar with Federal explosive laws and know that it is unlawful for any person who is an alien illegally and unlawfully in the United States to possess a firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A).

On January 14, 2022, the Killeen Police Department (KPD) executed a narcotics search warrant at a residence in Killeen, Texas, which is in the Waco Division of the Western District of Texas. There were several individuals present at the residence, one being JORGE CUELLAR- MARTINEZ who was a suspect for criminal charges pending in Killeen.

During the course of the execution of the search warrant, a Taurus 85 Ultra-Lite, .38 caliber revolver, bearing serial number JX83670, was recovered.

Given that CUELLAR-MARTINEZ was a suspect in another investigation, KPD obtained a state search warrant for a buccal swab in order to collect DNA from CUELLAR-MARTINEZ.

Subsequent analysis of the DNA collected from CUELLAR-MARTINEZ and the Taurus firearm conducted by the Texas Department of Public Safety Crime Laboratory found that the likelihood ratio indicates support for the proposition that JORGE CURLLAR-MARTINEZ is a possible contributor to the DNA profile recovered from the grip/trigger assembly and the cylinder/hammer of the Taurus 85.

The firearm described above was manufactured outside the state of Texas, and thus traveled in the stream of interstate commerce prior to its arrival in Texas. The handgun meets the definition of a firearm under Federal law, that is, it is capable of expelling a projectile by the action of an explosive.

CUELLAR-MARTINEZ knew he was an alien, illegally and unlawfully in the United States, as he was born in Mexico, as evidenced by a Mexican birth certificate. Also, in 2005, according to ICE DRO, an I-130 petition was filed on the Defendant's behalf indicating that he had no legal status in the United States. On January 14, 2022, during a custodial interview, the Defendant admitted that he did not have "papers," meaning he had no legal status in the United States. ICE DRO verified that the Defendant has no legal status in the United States.

JOHN A. LORA, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

SWORN TO AND SUBSCRIBED BEFORE ME on this the __14th__ day of January, 2025.

DEREK T. GILLILAND
United States Magistrate Judge